Biscotto v Wiechec's Lounge, Inc. (2023 NY Slip Op 04066)

Biscotto v Wiechec's Lounge, Inc.

2023 NY Slip Op 04066

Decided on July 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, OGDEN, AND GREENWOOD, JJ.

559 CA 22-01101

[*1]MICHAEL BISCOTTO, PLAINTIFF-RESPONDENT,
v
WIECHEC'S LOUNGE, INCORPORATED, MICHAEL H. WIECHEC AND WIECHEC'S SOCIAL & ATHLETIC CLUB, DEFENDANTS-APPELLANTS. 

NASH CONNORS, P.C., BUFFALO (BETHANY A. RUBIN OF COUNSEL), FOR DEFENDANTS-APPELLANTS.
THE TARANTINO LAW FIRM, LLP, BUFFALO (JACOB A. PIORKOWSKI OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Amy C. Martoche, J.), entered July 1, 2022. The order denied in part the motion of defendants for summary judgment. 
Now, upon the stipulation of discontinuance signed by the attorneys for the parties, and filed in the Erie County Clerk's Office on June 22, 2023,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: July 28, 2023
Ann Dillon Flynn
Clerk of the Court